JAMES M. REYNOLDS and another *v.* THE FELICIANA STEAMBOAT COMPANY.

APPEAL from the District Court of West Feliciana, *Dawson,* J., presiding.

This case was submitted to the court, on the points filed by *T. J. Cooley,* and *Janin,* for Zenon Porche and Augustin Le Blanc, the appellants, and by *Turner,* for the plaintiffs.

BULLARD, J.   This case is the same with that reported in the 17th volume of the Louisiana Reports, p. 397, except that other defendants are appellants.   They rely on the same assignments of errors, and the same judgment must be given, for the reasons stated in the opinion of the court referred to.

It is therefore ordered that the judgment of the District Court be reversed, and that the case be remanded for further proceedings according to law, the plaintiffs and appellees paying the costs of this appeal.